

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2019R01233

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 4, 2020

By E-mail

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Konstandinos Siomos et al.
                Criminal Docket No. 20-67M

Dear Judge Mann:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                              Respectfully submitted,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

                            By:    /s/ Andrew Wang
                                              Andrew Wang
                                              Assistant U.S. Attorney
                                              (718) 254-6311

Enclosure

ADW
F.# 2019R01233

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | X̶X̶ 20-67M (RLM) |
| KONSTANDINOS SIOMOS and WILLIAM VEGA, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew Wang, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           2/5                       , 2020

                          S/ Roanne Mann
                          HONORABLE ROANNE L. MANN
                          UNITED STATES MAGISTRATE JUDGE
                          EASTERN DISTRICT OF NEW YORK